tion. JUSTICE BRENNAN and JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. A–409. PFAFF ET AL. *v.* WELLS, SHERIFF. Application for enlargement from custody pending appeal, addressed to JUSTICE MARSHALL and referred to the Court, denied. JUSTICE MARSHALL took no part in the consideration or decision of this application.

No. A–426. CUARON ET AL. *v.* UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT ET AL. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. JUSTICE MARSHALL took no part in the consideration or decision of this application.

No. D–171. IN RE DISBARMENT OF GARCIA. Disbarment entered. [For earlier order herein, see 444 U. S. 894.]

No. D–183. IN RE DISBARMENT OF BARNES. Disbarment entered. [For earlier order herein, see 444 U. S. 1029.]

No. D–184. IN RE DISBARMENT OF CAIN. Disbarment entered. [For earlier order herein, see 444 U. S. 1042.]

No. D–187. IN RE DISBARMENT OF WOLK. Disbarment entered. [For earlier order herein, see 446 U. S. 915.]

No. D–189. IN RE DISBARMENT OF MANN. Disbarment entered. [For earlier order herein, see 446 U. S. 915.]

No. D–200. IN RE DISBARMENT OF MCMAHON. It is ordered that Joseph R. McMahon, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.